**Order entered January 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00418-CR
No. 05-14-00419-CR

**DIANA FLORES PEINADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-25782-L, F12-00406-L**

## ORDER

Appellant's January 5, 2015 motion for extension of time to file appellant's brief is

**GRANTED**. Appellant's brief received by the Clerk of the Court on January 5, 2015 is

**DEEMED** timely filed on the date of this order.

/s/      LANA MYERS
JUSTICE